IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTINN ANTHONY PETERS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SIERRA PLUMAS JOINT UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No. 19-cv-00730-CRB<br><br>**ORDER GRANTING MOTION TO TRANSFER VENUE** |

By stipulation, the parties request that this Court transfer this case to the District Court for the Eastern District of California, Sacramento Branch, pursuant to 28 U.S.C. § 1404(a). Because the underlying factual allegations are alleged to have occurred in that District, and because no party has opposed this motion, the Court hereby finds that transfer to the District Court for the Eastern District of California, Sacramento Branch is in the interest of justice, and thus the requirements of 28 U.S.C. § 1404 are met. The Court thus GRANTS the Motion.

**IT IS SO ORDERED.**

Dated: May 14, 2019

_____
CHARLES R. BREYER
United States District Judge